AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hancock, James H | 2. Court or Organization<br><br>U. S. District Court, NDAL | 3. Date of Report<br><br>03/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse, Ste. 681<br>1729 5th Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAR 12 A 10: 59
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 03/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil - Stock | D | Dividend | N | T | | | | | |
| 2. CMA Tax Ex. - Money Mkt. | B | Interest | K | T | | | | | |
| 3. BP Amoco - Stock | A | Dividend | K | T | | | | | |
| 4. ING Fin. Svcs. Fund - A Mut. Fund | C | Dividend | N | T | | | | | |
| 5. Archer Daniels Mdl. - C Stock | A | Dividend | K | T | | | | | See Section VIII |
| 6. Morgan Stanley Dean Witter & Co. - Stock | A | Dividend | J | T | | | | | |
| 7. Compass Bancshares - Stock | C | Dividend | M | T | | | | | |
| 8. Regions Bank - Ck Acct. | A | Interest | J | T | | | | | |
| 9. Security Benefit Life - deferred annuity | A | Interest | J | W | | | | | |
| 10. El Paso Corp. - Stock | A | Dividend | J | T | | | | | |
| 11. El Paso Corp. - Stock | A | Dividend | | | sell | 5/2 | J | | See Section VIII |
| 12. El Paso Corp. - Stock | A | Dividend | | | Sell | 12/18 | J | | See Section VIII |
| 13. Service Corp. Int. - Stock | A | Dividend | J | T | | | | | |
| 14. Vanguard Wellington Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Regions Fin. Corp. - Stock | D | Dividend | M | T | | | | | See Section VIII |
| 16. La. Pac. - Stock | A | Dividend | K | T | | | | | |
| 17. Eaton Vance Ala. Munis Fund - Mutual | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | | | | | | | | | |
| 18. Weyerhaeuser - Stock | B | Dividend | K | T | | | | | |
| 19. Mellon Financial Corp. - Stock | A | Dividend | J | T | | | | | |
| 20. Fidelity Trend - Mut. Fund | A | Dividend | L | T | | | | | |
| 21. Allstate Corp. -Stock | A | Dividend | J | T | | | | | |
| 22. Engelhard Corp. - Stock | A | Dividend | | | Sell | 4/18 | J | B | |
| 23. Engelhard Corp. - Stock | A | Dividend | | | Sell | 5/2 | K | D | |
| 24. Ameris Bancorp | A | Dividend | K | T | | | | | |
| 25. Sterne Agee - Money Mkt. | B | Interest | L | T | | | | | |
| 26. Colonial Bancgroup - Stock | B | Dividend | K | T | | | | | |
| 27. Questar - Stock | A | Dividend | L | T | | | | | |
| 28. Compass Bank - Ck. Acct. | B | Interest | L | T | | | | | See Section VIII |
| 29. AmSouth Bank - Ck. Acct. | A | Interest | | | Closed | | | | See Section VIII |
| 30. AmSouth Bank -Stock | B | Dividend | | | | | | | See Section VIII |
| 31. State Street Corp. - Stock | B | Dividend | M | T | | | | | |
| 32. Comerica - Stock | B | Dividend | K | T | | | | | |
| 33. Southern Company - Stock | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 03/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.   Russell Corp. - Stock | A | Dividend | | | Sell | 5/2 | J | | See Section VIII |
| 35.   Lucent Tech. - Stock | | None | | | Sell | 12/14 | J | | See Section VIII |
| 36.   Caremark RX - Stock | A | Dividend | | | Sell | 11/6 | J | D | |
| 37.   Caremark RX - Stock | A | Dividend | | | Sell | 12/18 | J | D | |
| 38.   Vulcan Materials - Stock | A | Dividend | L | T | | | | | |
| 39.   Banc Trust Financial Group - Stock | A | Dividend | J | T | | | | | |
| 40.   First Horizon National | B | Dividend | K | T | | | | | |
| 41.   Conagra Foods | A | Dividend | K | T | | | | | |
| 42.   Southern Company - Stock | A | Dividend | | | Buy | 4/18 | J | | See Section VIII |
| 43.   Vulcan Materials - Stock | A | Dividend | | | Buy | 7/19 | K | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 03/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 5 -        Archer Daniels █████████ of this stock given as a charitable donation 6/27/06 with a value of $4,183.

Line 11 & Line 12 -        Sold for loss.

Line 15 & Line 30 -        On 11/4/06 AmSouth Bank (Line 30) merged into Regions Bank (Line 15) with each share of AmSouth becoming ██████████of Regions Bank.

Line 28 & Line 29 -        Bank account on Line 29 closed 1/26/06 and funds added to bank account shown on Line 28.

Line 34 -        Sold for a loss.

Line 35 -        Sold for a loss.

Line 42 -        Value at end of reporting period included in Line 33.

Line 43 -        Value at end of reporting period included in Line 38.

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 03/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date _March 7, 2007_

NOTE: A▮ ▮FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI▮

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544